IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LEROY SMITH, #107551, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:03-cv-163-MEF |
| ) | WO |
| GWENDOLYN MOSLEY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #47) to the Recommendation of the Magistrate Judge (Doc. #46) filed on February 21, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on February 8, 2006 is adopted;

3. The defendants' Motion for Summary Judgment is GRANTED.

4. This case is DISMISSED with prejudice.

DONE this the 22nd day of March, 2006.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE